FILED

AUG 24 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HIPOLITO MORAN-DE LA CRUZ, )<br>) | Criminal Number P-16-CR-313(1) |

## ORDER OF DISMISSAL

Pursuant to Federal Rule for Criminal Procedure 48(a), the Court grants leave for the filing of the dismissal of an INDICTMENT pending against the above named Defendant by the United States Attorney and the reasons set forth requesting that the dismissal be without prejudice; to wit:

. The United States seeks this dismissal because the Defendant has pled to a misdemeanor and has been sentenced.

It is therefore ORDERED that the complaint against the above named Defendant is DISMISSED WITHOUT PREJUDICE.

SIGNED this 24 day of August 2016.

_____
UNITED STATES DISTRICT JUDGE